# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

OPENTV, INC.,

        Plaintiff,

v.

PINTEREST, INC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 24-1301 (JCG)

**JURY TRIAL DEMANDED**

███████████████████

## DECLARATION OF ABIGAIL SZENDREY IN SUPPORT OF DEFENDANT PINTEREST, INC.'S MOTION FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

I, Abigail Szendrey, testify and declare as follows:

1.    I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and counsel to Defendant Pinterest, Inc. in the above-captioned case. I am an attorney licensed to practice in Massachusetts, Texas, and Kentucky. I have been admitted *pro hac vice* in the District of Delaware for the purposes of the above-captioned action.  I am over 18 years of age.

2.    I submit this Declaration in support of Pinterest's Motion for Leave to Amend Answer and Affirmative Defenses.  The following facts are within my personal knowledge, and, if called and sworn as a witness, I could and would testify competently to them.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange between counsel for OpenTV and Pinterest, spanning the date range from June 8, 2026 to June 22, 2026.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of Pinterest's First Set of Requests for Production, served in this matter on October 7, 2025.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of a document

██████████████████████████████████████████████████████

████████████  OPENTV_0005764-5789.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of a document

██████████████████████████████████████████████████████

1

████████████████████████████████    OPENTV_0006192-

6235.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of

OpenTV's infringement contentions, served in this matter on November 14, 2025.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of

OpenTV's infringement contentions, served on May 1, 2026 in *OpenTV, Inc. v.*

*Pinterest, Inc*., 25-cv-1404,  pending in this Court.

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.


Dated: July 1, 2026                           _/s/ Abigail Szendrey_____
                                              Abigail Szendrey, Esq.
                                              Boston, Massachusetts.

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, copies of the foregoing were served upon

the following in the matter indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT<br>&TAYLOR LLP<br>Rodney Square<br>1000 North King Street Wilmington,<br>DE 19801<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Benjamen C. Linden, Esquire<br>Brandon A. Carmack, Esquire<br>Cyrus A. Morton, Esquire<br>Adrian E. Kipp, Esquire<br>Brandon J. Stottler, Esquire<br>Miles A. Finn, Esquire<br>ROBINS KAPLAN, LLP 800<br>Lasalle Avenue, Suite 2800<br>Minneapolis, Minnesota, 55402<br>twaller@robinskaplan.com<br>blinden@robinskaplan.com<br>bcarmack@robinskaplan.com<br>cmorton@robinskaplan.com<br>akipp@robinskaplan.com<br>bstottler@robinskaplan.com<br>MFinn@RobinsKaplan.com<br><br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jared W. Newton*
Jared W. Newton (#7519)