# Ex. 5

# Appendix A-4

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

| No. | Claim Language | Exemplary Infringement Support |
|---|---|---|
| 1 | A method comprising: | Pinterest and Pinterest users perform a method when using the Pinterest client.<br><br>Pinterest offers a web client and client applications including for the Android and Windows platforms:<br><br><br><br>https://www.pinterest.com/pin/580682945727718926 (last accessed November 14, 2025) (OPENTV_0004592; OPENTV_0004142). |

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

| | | |
|---|---|---|
| | | As we build a visual discovery engine for everyone - across interests, languages and platforms - we're launching on an additional platform, with the global availability of the Pinterest Windows app in the Microsoft Store.<br><br>The Progressive Web App (PWA) brings the full Pinterest experience to Windows including the ability to save ideas, browse Pins for inspiration, and search for everything from food, style, home, beauty ideas, and more.<br><br><br><br>https://newsroom-archive.pinterest.com/en-gb/introducing-the-pinterest-windows-app (last accessed November 14, 2025) (OPENTV_0004739). |

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"



https://play.google.com/store/apps/details/Pinterest?id=com.pinterest&hl=en_NZ (last accessed November 14, 2025) (OPENTV_0004741).

Pinterest built its native video platform in or around 2016. *See* Pinterest Engineering, "Building Pinterest's video platform," Medium, https://medium.com/pinterest-engineering/building-pinterests-video-platform-2338dd1d213, Jan. 27, 2017 (last accessed November 14, 2025) (OPENTV_0004186) ("As part of our progress with video, we launched native video Pins last year to help Pinners more seamlessly watch videos right on Pinterest.").

Pinterest describes that it optimized "video streams for multiple scenarios by using Adaptive Bitrate Streaming." *Id*.

Pinterest further describes how it uses both HTTP Live Streaming (HLS) and Dynamic Adaptive Streaming over HTTP (MPEG-DASH). Pinterest Engineering, "Optimizing video playback performance," Medium, https://medium.com/pinterest-engineering/optimizing-video-playback-performance-caf55ce310d1 (last accessed November 14, 2025) (OPENTV_0004466).

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

| | | |
|---|---|---|
| | | Pinterest indicates that MPEG-DASH is supported by its Android mobile application through a modified version of Android's ExoPlayer. Android ExoPlayer supports both MPEG-DASH and HLS:<br><br>**Adaptive streaming**<br><br>**DASH**<br><br>ExoPlayer supports DASH with multiple container formats. Media streams must be demuxed, meaning that video, audio, and text must be defined in distinct `AdaptationSet` elements in the DASH manifest (CEA-608 is an exception as described in the table below). The contained audio and video sample formats must also be supported (see the sample formats section for details).<br><br>Android Developers, https://developer.android.com/media/media3/exoplayer/supported-formats (last accessed November 14, 2025) (OPENTV_0004787).<br><br>**HLS**<br><br>ExoPlayer supports HLS with multiple container formats. The contained audio and video sample formats must also be supported (see the sample formats section for details). We strongly encourage HLS content producers to generate high quality HLS streams, as described in this blog post.<br><br>Android Developers, https://developer.android.com/media/media3/exoplayer/supported-formats (last accessed November 14, 2025) (OPENTV_0004787). |

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

| 1[a] | receiving one or more directives, wherein said directives are indicative of an audio, video and/or graphic presentation which requires a set of resources; | The Pinterest client receives one or more directives, wherein said directives are indicative of an audio, video and/or graphic presentation which requires a set of resources. |
|---|---|---|

The Pinterest client receives one or more directives, wherein said directives are indicative of an audio, video and/or graphic presentation which requires a set of resources.

When using HLS, the Pinterest client receives a set of directives specified in a ".m3u8" file associated with a particular video pin. The ".m3u8" file for a particular video Pin includes directives distinguished by the different bit rates (bandwidth) in accordance with the HTTP Live Streaming (HLS) protocol. Specifically, in HLS, directives are identified by the tag EXT-XSTREAM-INF within the ".m3u8" manifest file. Alternative segments each defined by an EXT-XSTREAM-INF have a set of resources required, including bandwidth. Each variant stream is an audio, video and/or graphic presentation.

HLS (version 7) is described at https://www.rfc-editor.org/rfc/pdfrfc/rfc8216.txt.pdf (OPENTV_0004664). Pinterest appears to use version 6 of HLS. That version does not materially differ for the purposes of these contentions.

HLS uses "Playlists":

> A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist. A Playlist is either a Media Playlist or a Master Playlist. Both are UTF-8 text files containing URIs and descriptive tags. A Media Playlist contains a list of Media Segments, which, when played sequentially, will play the multimedia presentation.

> Here is an example of a Media Playlist:

> #EXTM3U
> #EXT-X-TARGETDURATION:10
> #EXTINF:9.009,
> http://media.example.com/first.ts
> #EXTINF:9.009,
> http://media.example.com/second.ts

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

| | | |
|---|---|---|
| | | #EXTINF:3.003,<br>http://media.example.com/third.ts<br><br>The first line is the format identifier tag #EXTM3U. The line containing #EXT-X-TARGETDURATION says that all Media Segments will be 10 seconds long or less. Then, three Media Segments are declared. The first and second are 9.009 seconds long; the third is 3.003 seconds.<br><br>To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments. Data SHOULD be carried over HTTP [RFC7230], but, in general, a URI can specify any protocol that can reliably transfer the specified resource on demand. A more complex presentation can be described by a Master Playlist. A Master Playlist provides a set of Variant Streams, each of which describes a different version of the same content. A Variant Stream includes a Media Playlist that specifies media encoded at a particular bit rate, in a particular format, and at a particular resolution for media containing video. A Variant Stream can also specify a set of Renditions. Renditions are alternate versions of the content, such as audio produced in different languages or video recorded from different camera angles. Clients should switch between different Variant Streams to adapt to network conditions. Clients should choose Renditions based on user preferences.<br><br>RFC 8216, https://www.rfc-editor.org/rfc/pdfrfc/rfc8216.txt.pdf at 4-5 (last accessed November 14, 2025) (OPENTV_0004664).<br><br>RFC 8216, section 4.3.4.2. EXT-X-STREAM-INF, describes aspects of HLS that govern presentation media depending on bandwidth: |

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

```
4.3.4.2.  EXT-X-STREAM-INF

   The EXT-X-STREAM-INF tag specifies a Variant Stream, which is a set
   of Renditions that can be combined to play the presentation.  The
   attributes of the tag provide information about the Variant Stream.

   The URI line that follows the EXT-X-STREAM-INF tag specifies a Media
   Playlist that carries a Rendition of the Variant Stream.  The URI
   line is REQUIRED.  Clients that do not support multiple video
   Renditions SHOULD play this Rendition.

   Its format is:

   #EXT-X-STREAM-INF:<attribute-list>
   <URI>

   The following attributes are defined:

      BANDWIDTH

      The value is a decimal-integer of bits per second.  It represents
      the peak segment bit rate of the Variant Stream.

      If all the Media Segments in a Variant Stream have already been
      created, the BANDWIDTH value MUST be the largest sum of peak
      segment bit rates that is produced by any playable combination of
      Renditions.  (For a Variant Stream with a single Media Playlist,
      this is just the peak segment bit rate of that Media Playlist.)
      An inaccurate value can cause playback stalls or prevent clients
      from playing the variant.

      If the Master Playlist is to be made available before all Media
      Segments in the presentation have been encoded, the BANDWIDTH
      value SHOULD be the BANDWIDTH value of a representative period of
      similar content, encoded using the same settings.
```

Page 7 of 59

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

```
Every EXT-X-STREAM-INF tag MUST include the BANDWIDTH attribute.

AVERAGE-BANDWIDTH

The value is a decimal-integer of bits per second.  It represents
the average segment bit rate of the Variant Stream.

If all the Media Segments in a Variant Stream have already been
created, the AVERAGE-BANDWIDTH value MUST be the largest sum of
average segment bit rates that is produced by any playable
combination of Renditions.  (For a Variant Stream with a single
Media Playlist, this is just the average segment bit rate of that
Media Playlist.)  An inaccurate value can cause playback stalls or
prevent clients from playing the variant.

If the Master Playlist is to be made available before all Media
Segments in the presentation have been encoded, the AVERAGE-
BANDWIDTH value SHOULD be the AVERAGE-BANDWIDTH value of a
representative period of similar content, encoded using the same
settings.

The AVERAGE-BANDWIDTH attribute is OPTIONAL.
```

RFC 8216, https://www.rfc-editor.org/rfc/pdfrfc/rfc8216.txt.pdf at 29-30 (last accessed November 14, 2025) (OPENTV_0004664).

More generally, HLS has many tags indicative of an audio, video and/or graphic content as described at pages 12-26 of RFC 8216.

As an example, when accessing the video Pin, https://www.pinterest.com/pin/580682945727718926, using HLS, the Pinterest client on an Android device receives the following Playlist including EXT-XSTREAM-INF directives:

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**hls_master.m3u8**

```
#EXTM3U
#EXT-X-VERSION:6
#EXT-X-INDEPENDENT-SEGMENTS
```

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

| | | |
|---|---|---|
| | | #EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio1",NAME="1",LANGUAGE="eng",AUTOSELECT=YES,URI="e39fb7fbebc9b3bb163834cbb4a88614_audio.m3u8",CHANNELS="2"<br>`#EXT-X-STREAM-INF`:BANDWIDTH=246360,AVERAGE-BANDWIDTH=209113,CODECS="avc1.64000D,mp4a.40.29",RESOLUTION=240x360,FRAME-RATE=30,AUDIO="audio1"<br>e39fb7fbebc9b3bb163834cbb4a88614_240w.m3u8<br><br>`#EXT-X-STREAM-INF`:BANDWIDTH=390736,AVERAGE-BANDWIDTH=321840,CODECS="avc1.64001E,mp4a.40.29",RESOLUTION=360x540,FRAME-RATE=30,AUDIO="audio1"<br>e39fb7fbebc9b3bb163834cbb4a88614_360w.m3u8<br><br>`#EXT-X-STREAM-INF`:BANDWIDTH=533888,AVERAGE-BANDWIDTH=444526,CODECS="avc1.64001E,mp4a.40.29",RESOLUTION=480x720,FRAME-RATE=30,AUDIO="audio1"<br>e39fb7fbebc9b3bb163834cbb4a88614_480w.m3u8<br><br>`#EXT-X-STREAM-INF`:BANDWIDTH=740432,AVERAGE-BANDWIDTH=603970,CODECS="avc1.64001F,mp4a.40.29",RESOLUTION=640x960,FRAME-RATE=30,AUDIO="audio1"<br>e39fb7fbebc9b3bb163834cbb4a88614_640w.m3u8<br><br>`#EXT-X-STREAM-INF`:BANDWIDTH=915928,AVERAGE-BANDWIDTH=750112,CODECS="avc1.64001F,mp4a.40.29",RESOLUTION=720x1080,FRAME-RATE=30,AUDIO="audio1"<br>e39fb7fbebc9b3bb163834cbb4a88614_720w.m3u8<br><br>**hls_h265_master.m3u8**<br><br>#EXTM3U<br>#EXT-X-VERSION:6<br>#EXT-X-INDEPENDENT-SEGMENTS<br><br>#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="audio1",NAME="1",LANGUAGE="eng",AUTOSELECT=YES,URI="e39fb7fbebc9b3bb163834cbb4a88614_audio.m3u8",CHANNELS="2"<br>#EXT-X-STREAM-INF:BANDWIDTH=274616,AVERAGE-BANDWIDTH=235577,CODECS="hvc1.1.6.L60.0,mp4a.40.2",RESOLUTION=240x360,FRAME-RATE=30,AUDIO="audio1"<br>e39fb7fbebc9b3bb163834cbb4a88614_240w.m3u8 |

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

| | | |
|---|---|---|
| | | #EXT-X-STREAM-INF:BANDWIDTH=392768,AVERAGE-BANDWIDTH=323081,CODECS="hvc1.1.6.L90.0,mp4a.40.2",RESOLUTION=360x540,FRAME-RATE=30,AUDIO="audio1"<br>e39fb7fbebc9b3bb163834cbb4a88614_360w.m3u8<br><br>#EXT-X-STREAM-INF:BANDWIDTH=508456,AVERAGE-BANDWIDTH=416542,CODECS="hvc1.1.6.L90.0,mp4a.40.2",RESOLUTION=480x720,FRAME-RATE=30,AUDIO="audio1"<br>e39fb7fbebc9b3bb163834cbb4a88614_480w.m3u8<br><br>#EXT-X-STREAM-INF:BANDWIDTH=690048,AVERAGE-BANDWIDTH=552313,CODECS="hvc1.1.6.L93.0,mp4a.40.2",RESOLUTION=640x960,FRAME-RATE=30,AUDIO="audio1"<br>e39fb7fbebc9b3bb163834cbb4a88614_640w.m3u8<br><br>#EXT-X-STREAM-INF:BANDWIDTH=806288,AVERAGE-BANDWIDTH=658578,CODECS="hvc1.1.6.L120.0,mp4a.40.2",RESOLUTION=720x1080,FRAME-RATE=30,AUDIO="audio1"<br>e39fb7fbebc9b3bb163834cbb4a88614_720w.m3u8<br><br>**hls_360p_variant.m3u8**<br><br>#EXTM3U<br>#EXT-X-TARGETDURATION:2<br>#EXT-X-VERSION:6<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-INDEPENDENT-SEGMENTS<br>#EXT-X-MAP:URI="e39fb7fbebc9b3bb163834cbb4a88614_360w.cmfv",BYTERANGE="992@0"<br>#EXTINF:2<br>#EXT-X-BYTERANGE:66539@1092<br>e39fb7fbebc9b3bb163834cbb4a88614_360w.cmfv<br>#EXTINF:2<br>#EXT-X-BYTERANGE:80758@67631<br>e39fb7fbebc9b3bb163834cbb4a88614_360w.cmfv<br>#EXTINF:2<br>#EXT-X-BYTERANGE:57465@148389<br>e39fb7fbebc9b3bb163834cbb4a88614_360w.cmfv<br>#EXTINF:2<br>#EXT-X-BYTERANGE:51678@205854<br>e39fb7fbebc9b3bb163834cbb4a88614_360w.cmfv |

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

| | | | #EXT-X-ENDLIST<br><br>**hls_720p_variant.m3u8**<br><br>#EXTM3U<br>#EXT-X-TARGETDURATION:2<br>#EXT-X-VERSION:6<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-INDEPENDENT-SEGMENTS<br>#EXT-X-MAP:URI="e39fb7fbebc9b3bb163834cbb4a88614_720w.cmfv",BYTERANGE="992@0"<br>#EXTINF:2<br>#EXT-X-BYTERANGE:176277@1092<br>e39fb7fbebc9b3bb163834cbb4a88614_720w.cmfv<br>#EXTINF:2<br>#EXT-X-BYTERANGE:212056@177369<br>e39fb7fbebc9b3bb163834cbb4a88614_720w.cmfv<br>#EXTINF:2<br>#EXT-X-BYTERANGE:150150@389425<br>e39fb7fbebc9b3bb163834cbb4a88614_720w.cmfv<br>#EXTINF:2<br>#EXT-X-BYTERANGE:146229@539575<br>e39fb7fbebc9b3bb163834cbb4a88614_720w.cmfv<br>#EXT-X-ENDLIST<br><br>**hls_audio.m3u8**<br><br>#EXTM3U<br>#EXT-X-TARGETDURATION:2<br>#EXT-X-VERSION:6<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-INDEPENDENT-SEGMENTS<br>#EXT-X-MAP:URI="e39fb7fbebc9b3bb163834cbb4a88614_audio.cmfa",BYTERANGE="884@0"<br>#EXTINF:1.83578<br>#EXT-X-BYTERANGE:16267@1004<br>e39fb7fbebc9b3bb163834cbb4a88614_audio.cmfa<br>#EXTINF:1.99692<br>#EXT-X-BYTERANGE:16267@17271<br>e39fb7fbebc9b3bb163834cbb4a88614_audio.cmfa<br>#EXTINF:1.99692 |
|---|---|---|---|

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

| | | |
|---|---|---|
| | | #EXT-X-BYTERANGE:16267@33538<br>e39fb7fbebc9b3bb163834cbb4a88614_audio.cmfa<br>#EXTINF:1.99692<br>#EXT-X-BYTERANGE:16268@49805<br>e39fb7fbebc9b3bb163834cbb4a88614_audio.cmfa<br>#EXTINF:0.173469<br>#EXT-X-BYTERANGE:1638@66073<br>e39fb7fbebc9b3bb163834cbb4a88614_audio.cmfa<br>#EXT-X-ENDLIST<br><br>//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////<br><br>HLS manifest for https://www.pinterest.com/pin/580682945727718926.<br><br>When using MPEG-DASH, the Pinterest client receives a set of directives specified in a Media Presentation Description (MPD) file associated with a particular video pin. *See* ISO/IEC 23009-1:2019(E), § 5.2 (OPENTV_0004937). Specifically, in MPEG-DASH, directives are at least identified at least by the Representation element. *See* ISO/IEC 23009-1:2019(E), § 5.3.5.2 (OPENTV_0004937).<br><br>In MPEG-DASH, alternative segments identified by different Representations have a set of resources required, including bandwidth. |

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"



Iraj Sodagar, "The MPEG-DASH Standard for Multimedia Streaming Over the Internet", IEEE MultiMedia 2011 ("Sodagar") (OPENTV_0004459).

In Pinterest's client, MPEG-DASH's directives describe multimedia content and related segments. MPEG-DASH's MPD describes the content's and the chunk's timing, availability, resolutions, minimum and maximum bandwidths, encoding, and other details that are indicative of audio, video, and/or graphics presentations. The MPD is relevant for determining appropriate buffering in light of network bandwidth fluctuations, as described here.

"Scope of MPEG-DASH

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

| | | |
|---|---|---|
| | | Figure 2 illustrates a simple streaming scenario between an HTTP server and a DASH client. In this figure, the multimedia content is captured and stored on an HTTP server and is delivered using HTTP. The content exists on the server in two parts: Media Presentation Description (MPD), which describes a manifest of the available content, its various alternatives, their URL addresses, and other characteristics; and segments, which contain the actual multimedia bitstreams in the form of chunks, in single or multiple files. To play the content, the DASH client first obtains the MPD. The MPD can be delivered using HTTP, email, thumb drive, broadcast, or other transports. By parsing the MPD, the DASH client learns about the program timing, media-content availability, media types, resolutions, minimum and maximum bandwidths, and the existence of various encoded alternatives of multimedia components, accessibility features and required digital rights management (DRM), media-component locations on the network, and other content characteristics. Using this information, the DASH client selects the appropriate encoded alternative and starts streaming the content by fetching the segments using HTTP GET requests. After appropriate buffering to allow for network throughput variations, the client continues fetching the subsequent segments and also monitors the network bandwidth fluctuations. Depending on its measurements, the client decides how to adapt to the available bandwidth by fetching segments of different alternatives (with lower or higher bitrates) to maintain an adequate buffer. The MPEG-DASH specification only defines the MPD and the segment formats. The delivery of the MPD and the media-encoding formats containing the segments, as well as the client behavior for fetching, adaptation heuristics, and playing content, are outside of MPEGDASH's scope."<br><br>Sodagar at 64 (OPENTV_0004459). |

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"



*Id.*

In Pinterest's client, MPEG-DASH's directives, segments (media stream chunks) are described in MPD's directives, and Pinterest's client uses the bitrate (which is related to the how much bandwith the client has access to) to select how to deliver multimedia content. The MPD directives can also describe segment availability start time and end time, approximate media start time, and the fixed or variable duration of segments.

"Multimedia Presentation Description

Dynamic HTTP streaming requires various bitrate alternatives of the multimedia content to be available at the server. In addition, the multimedia content might consist of several media components (for example, audio, video, and text), each of which might have different characteristics. In MPEG-DASH, these characteristics are described by MPD, which is an XML document. Figure 3 [copied above] demonstrates the MPD hierarchical data model. The MPD consists of one or multiple periods, where a period is a program interval along the temporal axis. Each period has a starting time and duration and consists of one or multiple adaptation

Page 15 of 59

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169

Filed: April 21, 2003; Issued: May 30, 2006

"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

| | | | |
|---|---|---|---|
| | | | sets. An adaptation set provides the information about one or multiple media components and its various encoded alternatives. For instance, an adaptation set might contain the different bitrates of the video component of the same multimedia content. Another adaptation set might contain the different bitrates of the audio component (for example, lower-quality stereo and higher-quality surround sound) of the same multimedia content. Each adaptation set usually includes multiple representations. A representation is an encoded alternative of the same media component, varying from other representations by bitrate, resolution, number of channels, or other characteristics. Each representation consists of one or multiple segments. Segments are the media stream chunks in temporal sequence. Each segment has a URI—that is, an addressable location on a server that can be downloaded using HTTP GET or HTTP GET with byte ranges. To use this data model, the DASH client first parses the MPD XML document. The client then selects the set of representations it will use based on descriptive elements in the MPD, the client's capabilities, and user's choices. The client then builds a timeline and starts playing the multimedia content by requesting appropriate media segments. Each representation's description includes information about its segments, which enables requests for each segment to be formulated in terms of the HTTP URL and byte range. For live presentations, the MPD also provides segment availability start time and end time, approximate media start time, and the fixed or variable duration of segments."<br><br>*Id*. at 64-65 (OPENTV_0004459).<br><br>The MPD helps define how Pinterest's client in initialized, and so it affects a possible delay in initializing a presentation, as described here:<br><br>"Segment format |

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169
Filed: April 21, 2003; Issued: May 30, 2006
"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

|  |  |  |
|---|---|---|
|  |  | The multimedia content can be accessed as a collection of segments. A segment is defined as the entity body of the response to the DASH client's HTTP GET or a partial HTTP GET. A media component is encoded and divided in multiple segments. The first segment might be an initialization segment containing the required information for initialization of the DASH client's media decoder. It doesn't include any actual media data. The media stream then is divided to one or multiple consecutive media segments. Each media segment is assigned a unique URL (possibly with byte range), an index, and explicit or implicit start time and duration. Each media segment contains at least one stream access point, which is a random access or switch-to point in the media stream where decoding can start using only data from that point forward. To enable downloading segments in multiple parts, the specification defines a method of signaling subsegments using a segment index box. This box describes subsegments and stream access points in the segment by signaling their durations and byte offsets. The DASH client can use the indexing information to request subsegments using partial HTTP GETS. The indexing information of a segment can be put in the single box at the beginning of that segment, or spread among many indexing boxes in the segment. Different methods of spreading are possible, such as hierarchical, daisy chain, and hybrid. This technique avoids adding a large box at the beginning of the segment and therefore prevents a possible initial download delay.<br><br>MPEG-DASH defines segment-container formats for both ISO Base Media File Format and MPEG-2 Transport Streams. MPEG-DASH is media codec agnostic and supports both multiplexed and unmultiplexed encoded content."<br><br>*Id.* at 65-66 (OPENTV_0004459). |

Appendix A-4: Infringement Chart for U.S. Patent No. 7,055,169

Filed: April 21, 2003; Issued: May 30, 2006

"Supporting Common Interactive Television Functionality Through Presentation Engine Syntax"

| | | |
|---|---|---|
| | | As an example, when accessing the video Pin, https://www.pinterest.com/pin/580682945727718926 using MPEG-DASH, the Pinterest client on an Android device receives the following MPD including Representation directives: |

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**dash_manifest.mpd**

```
<MPD xmlns="urn:mpeg:dash:schema:mpd:2011" maxSubsegmentDuration="PT0H0M2.006S"
mediaPresentationDuration="PT0H0M8.000S" minBufferTime="PT2.000S" profiles="urn:mpeg:dash:profile:isoff-on-
demand:2011,urn:mpeg:dash:profile:cmaf:2019" type="static">
  <Period duration="PT0H0M8.000S">
    <AdaptationSet lang="eng" segmentAlignment="true" startWithSAP="1" subsegmentAlignment="true"
subsegmentStartsWithSAP="1">
      <Representation audioSamplingRate="48000" bandwidth="96000" codecs="mp4a.40.2" id="1"
mimeType="audio/mp4">
        <AudioChannelConfiguration schemeIdUri="urn:mpeg:dash:23003:3:audio_channel_configuration:2011" value="2"/>
        <BaseURL>e39fb7fbebc9b3bb163834cbb4a88614_audio.cmfa</BaseURL>
        <SegmentBase indexRange="910-1001" indexRangeExact="true">
          <Initialization range="0-909"/>
        </SegmentBase>
      </Representation>
    </AdaptationSet>
    <AdaptationSet lang="eng" maxFrameRate="30" maxHeight="1080" maxWidth="720" par="90:135"
segmentAlignment="true" startWithSAP="1" subsegmentAlignment="true" subsegmentStartsWithSAP="1">
      <Representation bandwidth="137449" codecs="hvc1.1.6.L60.0" frameRate="30" height="360" id="2"
mimeType="video/mp4" sar="1:1" width="240">
        <BaseURL>e39fb7fbebc9b3bb163834cbb4a88614_240w.cmfv</BaseURL>
        <SegmentBase indexRange="1455-1542" indexRangeExact="true">
          <Initialization range="0-1454"/>
        </SegmentBase>
      </Representation>
      <Representation bandwidth="224953" codecs="hvc1.1.6.L90.0" frameRate="30" height="540" id="3"
mimeType="video/mp4" sar="1:1" width="360">
        <BaseURL>e39fb7fbebc9b3bb163834cbb4a88614_360w.cmfv</BaseURL>
        <SegmentBase indexRange="1457-1544" indexRangeExact="true">
          <Initialization range="0-1456"/>
        </SegmentBase>
      </Representation>
```