# Ex. 6

# Appendix A

Appendix A: Infringement Chart for U.S. Patent No. 12,231,703
Filed: Oct. 4, 2023; Issued: Feb. 18, 2025
"Bitrate and Pipeline Preservation for Content Presentation"

| No. | Claim Language | Exemplary Infringement Support |
|---|---|---|
| 1 | A method performed by a digital receiver, the method comprising: | The Accused Pinterest Applications perform a method by a digital receiver.<br><br>A digital receiver could include, for example, hardware and/or software found in a smartphone, tablet, laptop, TV, or desktop computer.<br><br>Pinterest makes, uses, offers, sells, or imports products, software, or services on its applications for iOS, iPadOS, Android, and Windows (the "Accused Pinterest Applications").<br><br>When the Accused Pinterest Applications are used on a smartphone, tablet, laptop, or desktop, Pinterest's video Pin system performs a method by a digital receiver. For example, an Android smartphone constitutes a "digital receiver." |

Appendix A: Infringement Chart for U.S. Patent No. 12,231,703
Filed: Oct. 4, 2023; Issued: Feb. 18, 2025
"Bitrate and Pipeline Preservation for Content Presentation"

| No. | Claim Language | Exemplary Infringement Support |
|---|---|---|
| | | <br><br>Pinterest offers the Accused Pinterest Applications for use on digital receivers. *Pinterest Home Page*, PINTEREST, https://www.pinterest.com/ (last visited Apr. 14, 2026). (OPENTV_1404_0001040). |
| 1[a] | receiving a selection of a new piece of content for playback during playback of a first piece of content; | The Accused Pinterest Applications perform receiving a selection of a new piece of content for playback during playback of a first piece of content.<br><br>For example, as a user of the Pinterest Android application scrolls through their feed, the Pinterest Android application receives a selection of a new piece of content (i.e., a new video Pin) for playback while a first piece of content (i.e., a first video Pin) is still playing. |

Appendix A: Infringement Chart for U.S. Patent No. 12,231,703
Filed: Oct. 4, 2023; Issued: Feb. 18, 2025
"Bitrate and Pipeline Preservation for Content Presentation"

| No. | Claim Language | Exemplary Infringement Support |
|---|---|---|
| | | This is evidenced by operation, for example, of the Pinterest Android application. The three screenshots below were taken progressively as a user scrolled through their feed. As the user scrolls through their feed as depicted in the middle and right screenshots, the Pinterest Android application receives a selection of a third video Pin [3] (a new piece of content) for playback while a second video Pin [2] (a first piece of content) is still playing.<br><br><br><br>(OPENTV_1404_0001000.) |

Page 3 of 52

Appendix A: Infringement Chart for U.S. Patent No. 12,231,703
Filed: Oct. 4, 2023; Issued: Feb. 18, 2025
"Bitrate and Pipeline Preservation for Content Presentation"

| No. | Claim Language | Exemplary Infringement Support |
|---|---|---|
| | | Pinterest's official help documentation describes these user interactions as available during video playback. For mobile platforms, Pinterest states that "Video Pins play on [a] mobile device when 50% of the video Pin is in view. To watch the video in a larger view, tap the Pin." Pinterest, *Manage Video Autoplay Settings*, https://help.pinterest.com/en/article/video-onpinterest (last accessed Nov. 18, 2025). (OPENTV_1404_0000825.)<br><br>Pinterest's documentation further states that "[v]iewers can tap on the video to play it in a larger view, replay it, or play it with audio." Pinterest, *Video Ads*, https://help.pinterest.com/en/business/article/promoted-video-withautoplay (last accessed Nov. 18, 2025). (OPENTV_1404_0001006.)<br><br>Either the process of initiating autoplay of a new video Pin or tapping on a new video Pin (while a different video Pin is playing) would constitute receiving a selection of a new piece of content for playback during playback of a first piece of content. |
| 1[b] | in response to the receiving of the selection, transitioning to the new piece of content; | The Accused Pinterest Applications perform in response to the receiving of the selection, transitioning to the new piece of content.<br><br>For example, in response to the receiving of the selection, the Pinterest Android application transitions to the new piece of content (i.e., the new video Pin).<br><br>This is evidenced by operation, for example, of the Pinterest Android application. In response to a user scrolling through their feed on the Pinterest Android application, the Pinterest Android application transitions from playing a first piece of content (video Pin [2]) to a new piece of content (video Pin [3]). |

Appendix A: Infringement Chart for U.S. Patent No. 12,231,703
Filed: Oct. 4, 2023; Issued: Feb. 18, 2025
"Bitrate and Pipeline Preservation for Content Presentation"

| No. | Claim Language | Exemplary Infringement Support |
|---|---|---|
| | | <br><br>(OPENTV_1404_0001000.) |
| 1[c] | determining whether the new piece of content is of a same content type | The Accused Pinterest Applications perform determining whether the new piece of content is of a same content type as the first piece of content, and based on the new piece of content being the same |

Appendix A: Infringement Chart for U.S. Patent No. 12,231,703
Filed: Oct. 4, 2023; Issued: Feb. 18, 2025
"Bitrate and Pipeline Preservation for Content Presentation"

| No. | Claim Language | Exemplary Infringement Support |
|---|---|---|
| | as the first piece of content; and based on the new piece of content being the same content type as the first piece of content, determining whether to preserve at least a portion of a playback pipeline used to play back the first piece of content, | content type as the first piece of content, determining whether to preserve at least a portion of a playback pipeline used to play back the first piece of content. |
| | | For example, the Pinterest Android application determines whether the new piece of content (i.e., the new video pin) is of a same content type as the first piece of content (i.e., a first video Pin); and based on the new piece of content being the same content type as the first piece of content, determining whether to preserve at least a portion of a playback pipeline used to play back the first piece of content. |
| | | This is evidenced by public information regarding the Pinterest Android application. |
| | | Pinterest employs a modified version of ExoPlayer for playback of video content on Pinterest's Android application. *See* Medium, *Improving ABR Video Performance at Pinterest*, https://medium.com/pinterest-engineering/improving-abr-video-performance-at-pinterest-f0ea47a6d4fc (last visited Apr. 17, 2026). (OPENTV_1404_0000800-OPENTV_1404_0000814.) |
| | | An AndroidX Media3 blog post describes an improvement in how ExoPlayer 2.10 reuses audio and video decoders. Olly Woodman, *Improved Decoder Reuse in ExoPlayer*, MEDIUM, https://medium.com/googleexoplayer/improved-decoder-reuse-in-exoplayer-ef4c6d99591d (last visited Nov. 18, 2025). (OPENTV_1404_0000792-OPENTV_1404_0000799.) |

Appendix A: Infringement Chart for U.S. Patent No. 12,231,703
Filed: Oct. 4, 2023; Issued: Feb. 18, 2025
"Bitrate and Pipeline Preservation for Content Presentation"

| No. | Claim Language | Exemplary Infringement Support |
|---|---|---|
| | | In order to reuse decoders for video playback, ExoPlayer must, for example, determine whether content shares the same codec: <br><br> **Requirements for decoder reuse** <br><br> Decoders cannot always be reused. One obvious requirement is that the decoders held by the player must be the ones that are required to play the new piece of media. Hence it's not possible to reuse a video decoder when switching between VP9 and H.264 playbacks, for example. The full story is significantly more complicated, with multiple modes of decoder reuse and conditions for each one. These details are beyond the scope of this blog post, however an interested reader can find the relevant code blocks here for audio, and here for video. <br><br> *Id.* (OPENTV_1404_0000796.) |

Page 7 of 52

Appendix A: Infringement Chart for U.S. Patent No. 12,231,703
Filed: Oct. 4, 2023; Issued: Feb. 18, 2025
"Bitrate and Pipeline Preservation for Content Presentation"

| No. | Claim Language | Exemplary Infringement Support |
|---|---|---|
| | | Publicly available ExoPlayer code for version 2.10 as identified by the AndroidX Media3 blog post includes a "canKeepCodec" function that tests for possible reuse of a video decoder: <br><br> ```java @Override protected @KeepCodecResult int canKeepCodec(     MediaCodec codec, MediaCodecInfo codecInfo, Format oldFormat, Format newFormat) {   if (codecInfo.isSeamlessAdaptationSupported(       oldFormat, newFormat, /* isNewFormatComplete= */ true)       && newFormat.width <= codecMaxValues.width       && newFormat.height <= codecMaxValues.height       && getMaxInputSize(codecInfo, newFormat) <= codecMaxValues.inputSize) {     return oldFormat.initializationDataEquals(newFormat)         ? KEEP_CODEC_RESULT_YES_WITHOUT_RECONFIGURATION         : KEEP_CODEC_RESULT_YES_WITH_RECONFIGURATION;   }   return KEEP_CODEC_RESULT_NO; } ``` <br><br> ExoPlayer, *Library*, GitHub, at lines 501-514, https://github.com/google/ExoPlayer/blob/92a7bb534a706fe917308af48a4958c99b3bb754/library/core/src/main/java/com/google/android/exoplayer2/video/MediaCodecVideoRenderer.java#L502 (last visited Apr. 17, 2026) (annotated). (OPENTV_1404_0000910 at OPENTV_1404_0000918.) |

Appendix A: Infringement Chart for U.S. Patent No. 12,231,703
Filed: Oct. 4, 2023; Issued: Feb. 18, 2025
"Bitrate and Pipeline Preservation for Content Presentation"

| No. | Claim Language | Exemplary Infringement Support |
|-----|----------------|-------------------------------|
| | | Similar functionality exists in later versions of Android ExoPlayer by way of the function "canReuseCodec": |

```
@Override
protected DecoderReuseEvaluation canReuseCodec(
    MediaCodecInfo codecInfo, Format oldFormat, Format newFormat) {
  DecoderReuseEvaluation evaluation = codecInfo.canReuseCodec(oldFormat, newFormat);

  @DecoderDiscardReasons int discardReasons = evaluation.discardReasons;
  CodecMaxValues codecMaxValues = checkNotNull(this.codecMaxValues);
  if (newFormat.width > codecMaxValues.width || newFormat.height > codecMaxValues.height) {
    discardReasons |= DISCARD_REASON_VIDEO_MAX_RESOLUTION_EXCEEDED;
  }
  if (getMaxInputSize(codecInfo, newFormat) > codecMaxValues.inputSize) {
    discardReasons |= DISCARD_REASON_MAX_INPUT_SIZE_EXCEEDED;
  }

  return new DecoderReuseEvaluation(
      codecInfo.name,
      oldFormat,
      newFormat,
      discardReasons != 0 ? REUSE_RESULT_NO : evaluation.result,
      discardReasons);
}
```

AndroidX, *Media*, GITHUB, at lines 1247-1267, https://github.com/androidx/media/blob/1.6.1/libraries/exoplayer/src/main/java/androidx/media3/exoplayer/video/MediaCodecVideoRenderer.java (last visited Apr. 17, 2026). (OPENTV_1404_0000936 at OPENTV_1404_0000956.)

Appendix A: Infringement Chart for U.S. Patent No. 12,231,703
Filed: Oct. 4, 2023; Issued: Feb. 18, 2025
"Bitrate and Pipeline Preservation for Content Presentation"

| No. | Claim Language | Exemplary Infringement Support |
|---|---|---|
| | | As of ExoPlayer 2.10, decoders may be reused when re-preparing the player to play a different MediaSource: <br><br> **Improved decoder reuse in 2.10** <br><br> In ExoPlayer 2.10 we've made changes that enable audio decoders to be reused. We've also enabled decoder reuse when re-preparing the player to play a different MediaSource, by allowing renderers to hold decoders when transitioning through the disabled state. These changes are summarized in the diagram below. <br><br> <br><br> Decoder reuse in ExoPlayer 2.10 <br><br> Olly Woodman, *Improved Decoder Reuse in ExoPlayer*, MEDIUM, https://medium.com/googleexoplayer/improved-decoder-reuse-in-exoplayer-ef4c6d99591d (last visited Nov. 18, 2025). (OPENTV_1404_0000792 at OPENTV_1404_0000795.) |

Appendix A: Infringement Chart for U.S. Patent No. 12,231,703
Filed: Oct. 4, 2023; Issued: Feb. 18, 2025
"Bitrate and Pipeline Preservation for Content Presentation"

| No. | Claim Language | Exemplary Infringement Support |
|---|---|---|
| | | When switching between videos and when re-preparing the player with a different video, a single ExoPlayer instance should be used for all playbacks: <br><br> **Making sure your app benefits from decoder reuse** <br><br> To ensure that your app benefits from decoder reuse, it's important that: <br><br> 1. For use cases where your app switches between playing a number of videos, use a single ExoPlayer instance for all playbacks, rather than instantiating a new instance each time. This is because decoders are only reused within an ExoPlayer instance, not between them. <br><br> 2. When re-preparing the player with a different video, call `prepare()` with the new `MediaSource` without calling `stop()` first. This is because by default, ExoPlayer will still release decoders when `stop()` is called.    *Top highlight* <br><br> *Id.* (OPENTV_1404_0000792 at OPENTV_1404_0000796-OPENTV_1404_0000797.) |

Appendix A: Infringement Chart for U.S. Patent No. 12,231,703
Filed: Oct. 4, 2023; Issued: Feb. 18, 2025
"Bitrate and Pipeline Preservation for Content Presentation"

| No. | Claim Language | Exemplary Infringement Support |
|---|---|---|
| | | Pinterest's Android application implements the decoder reuse functionality of ExoPlayer. This is evidenced, for example, by Pinterest blog posts describing the use of pooling and recycling players: <br><br> **Pooling Players** <br><br> Lastly, we built our own cache to pool players as they're needed. Historically, we instantiated new player instances on the fly, which caused significant overhead on both the memory and bandwidth. Here are some high level learnings: <br><br> **Separate By Encoding** <br><br> Player instances are effectively holding onto a reference to an underlying decoder based on the last rendered media's encoding type. It takes a measurable amount of work for players to switch context between different decoders. Therefore we pooled our players based on the initial decoding format. By ensuring the recycled players with decoders matching the media's encoding, we removed any latency overhead caused when switching encoding formats. <br><br> *See* Grey Skold, *Improving the Player on Android*, MEDIUM, https://medium.com/pinterest-engineering/improving-the-player-on-android-8b7faf9009cf (last visited Apr. 17, 2026) (Pinterest Engineering Blog discussing ExoPlayer modifications). (OPENTV_0000815 at OPENTV_1404_0000819-OPENTV_1404_0000820.) |

Appendix A: Infringement Chart for U.S. Patent No. 12,231,703
Filed: Oct. 4, 2023; Issued: Feb. 18, 2025
"Bitrate and Pipeline Preservation for Content Presentation"

| No. | Claim Language | Exemplary Infringement Support |
|---|---|---|
| | | Pinterest's implementation of the decoder reuse functionality of ExoPlayer is further evidenced by the fact that Pinterest uses a single ExoPlayer instance for playback of video Pins when a user is scrolling through their feed. In particular, scrolling through a user's feed shows how a single player ("Player: 1") is used by both video Pin [2] and [3]:<br><br><br><br>(OPENTV_1404_0001000.) |

Page 13 of 52